UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,
                :    **ORDER**
v.
                :    18 CR 77 (VB)
ADRIAN BRADSHAW,
         Defendant. :
--------------------------------------------------------------x

Briccetti, J.:

  On July 13, 2020, the Court denied defendant Adrian Bradshaw's motion pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) to reduce his term of imprisonment to time served. (Doc. #53 ("Memorandum Opinion and Order")).

  That day, the Court received from defendant a reply, dated July 9, 2020, in further support of his motion and in response to the government's opposition. (See Doc. #54).

  The Court has carefully reviewed its Memorandum Opinion and Order and defendant's July 9 reply. Although defendant's reply was received and docketed after the Court issued the Memorandum Opinion and Order, there is nothing in defendant's reply that would have changed the Court's decision to deny defendant's motion. Accordingly, the Memorandum Opinion and Order denying defendant's motion stands. (See Doc. #53).

1

Chambers will mail a copy of this Order to defendant at the following address:

Adrian Bradshaw
Reg. No. 79929-054
FCI Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ  08320

Dated: July 16, 2020
White Plains, NY

SO ORDERED:

*Vincent L. Briccetti* (signature)

Vincent L. Briccetti
United States District Judge