UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

ADRIAN BRADSHAW,
                          Defendant.
--------------------------------------------------------------x

**ORDER**

18 CR 77 (VB)

Briccetti, J.:

    On July 13, 2020, the Court denied defendant Adrian Bradshaw's motion pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) to reduce his term of imprisonment to time served. (Doc. #53 ("Memorandum Opinion and Order")). That day, the Court received from defendant a reply, dated July 9, 2020, in further support of his motion and in response to the government's opposition. (See Doc. #54).

    By Order dated July 16, 2020, the Court noted that it had carefully reviewed the Memorandum Opinion and Order as well as defendant's reply, and that there was nothing in defendant's reply that would have changed the Court's decision to deny defendant's motion. (Doc. #55).

    In a submission dated July 30, 2020, defendant requests that the Court reconsider its denial of defendant's motion to reduce his term of imprisonment. (Doc. #56).

    The Court has carefully reviewed its Memorandum Opinion and Order, its July 16, 2020, Order, and all of the parties' submissions, including defendant's motion for reconsideration. Having done so, the Court concludes it did not overlook facts or precedent that might have altered its decision to deny defendant's motion to reduce his term of imprisonment. Simply put, defendant has not demonstrated "extraordinary and compelling reasons" to warrant early termination of his lawfully imposed prison sentence, taking into account his medical history, the

seriousness of his criminal conduct, and the need for the sentence imposed to promote respect for the law, provide just punishment, and afford adequate deterrence.

Accordingly, the motion for reconsideration is DENIED.

Chambers will mail a copy of this Order to defendant at the following address:

Adrian Bradshaw
Reg. No. 79929-054
FCI Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

Dated: August 10, 2020
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge