# SUSAN C. WOLFE, ESQ.

Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:    (9
Email:  scv

APPLICATION GRANTED
Ms. Wolfe is re-appointed as defendant Bradshaw's CJA attorney in this matter. However, while Ms. Wolfe is correct that the Court denied Bradshaw's motion for reconsideration before he filed a reply, Bradshaw was not automatically entitled to file a reply, and, in any event, the Court acted only after careful consideration of everything Bradshaw said in his motion, as well as in his several prior motions and submissions. Bradshaw has now moved yet again for reconsideration. (Doc. #62). Ms. Wolfe may <u>supplement</u> that motion with her own submission, but she must do so by no later than 3/2/2021. The government shall file a response to Ms. Wolfe's submission by 3/9/2021.

SO ORDERED:

Vincent L. Briccetti, U.S.D.J.  2/15/2021

By ECF
Hon. Jud
United S
United S
300 Qua
White Pl
Via Ema

Re: *United States v. Adrian Bradshaw*, Docket No. 18-CR-77 (VB)

Dear Judge Briccetti:

I am writing to request that the Court grant Adrian Bradshaw's request for my appointment to represent him on his motion for Compassionate Release. I am aware that the Court has previously denied his motion and a motion for reconsideration. Since the Court had not received his reply papers at the time it ruled on his motion for reconsideration, I would ask the Court to re-open that motion, or to permit Mr. Bradshaw to make a renewed motion through counsel. Although the Court denied his request for the appointment of counsel at the outset, the Court did so without prejudice.

I believe that, at this time, I can add value to Mr. Bradshaw's position in light of several changed circumstances, including the current conditions in the prisons, the effects on Mr. Bradshaw's health, the Second Circuit's decision in *United States v. Brooker,* 976 F.3d 228 (2d Cir. Sept. 25, 2020), and the fact that he is approaching the final stretch of his incarceration. Compassionate release encompasses, not just release, but a reduction in an inmate's sentence in recognition of the conditions of confinement he has endured and, not just the risk of infection, but the risks of re-infection.

I believe that I will be able to present his position to the Court in a cogent, organized, and comprehensive way that assists the Court in an evaluation of the

Honorable Vincent L. Briccetti
February 15, 2021
Page 2


merits.  The issue of an inmate's worthiness of compassion is an individualized and discretionary one; therefore, I do not intend to marshal decisions in other cases, which are legion now, but I will cite a few that discuss the significance of certain factors or suggest an approach.

I therefore respectfully request that the Court appoint me under the Criminal Justice Act to move for compassionate release on Mr. Bradshaw's behalf.

Thank you for your consideration.

Respectfully submitted,

s/

Susan C. Wolfe