**SUSAN C. WOLFE, ESQ.**
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:     (917) 209-0441
Email:  scwolfe@scwolfelaw.com

Diane Fischer,
of counsel

March 9, 2021

APPLICATION GRANTED
SO ORDERED:
_____
Vincent L. Briccetti, U.S.D.J.
Dated: 3/10/21
White Plains, NY

Defendant's reply is accepted for filing.

BY ECF
Hon. Judge Vincent L. Briccetti
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Adrian Bradshaw*, Docket No. 18-CR-77 (VB)

Dear Judge Briccetti:

Please accept this letter motion for permission to file a brief reply to the government's letter, dated March 9, 2021, in opposition to compassionate release. The reply consists of two paragraphs and a "wherefore" sentence, and it is attached to this motion. It provides an update regarding Mr. Bradshaw's release date and responds to one of the government's arguments. I believe that the points are worthy of the Court's consideration.

Respectfully submitted.

S/

Susan C. Wolfe