

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 30, 2022

**VIA ECF**

*Application Granted*
*[signature]*
*3/31/22  USDJ*

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Adrian Bradshaw,* 18 Cr. 0077 (VB)

Dear Judge Briccetti:

The Government respectfully moves, with the consent of the United States Probation Office ("Probation"), to request that the Court unseal portions of Probation's file related to the VOSR specifications in the March 29, 2022 Amended VOSR Petition. Probation has indicated that these requested materials may be relevant to the instant VOSR proceedings. Accordingly, the Government respectfully requests that the Court "So Order" this letter and unseal the requested materials.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: [signature]
Qais Ghafary
Assistant United States Attorney
Tel: (914) 993-1930

Cc: Stephen Lewis, Esq. (via E-Mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/22