UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

___US___,
   Plaintiff(s),

v.

___Bradshaw___,
   Defendant(s).
------------------------------------------------------------x

CALENDAR NOTICE   3/31/22

__18 CR 77__ (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/ re-scheduled for:

✓ Status conference     ___ Final pretrial conference

___ Telephone conference     ___ Jury selection and trial

___ Pre-motion conference     ___ Bench trial

___ Settlement conference     ___ Suppression hearing

___ Oral argument     ___ Plea hearing

___ Bench ruling on motion     ___ Sentencing

on __5-6-__, 20__22__, at __11:00AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __4-6-22__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __3/31__, 20__22__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge