**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 27, 2022

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:** *United States v. Adrian Bradshaw*, **18 Cr. 077 (KMK)**

Dear Judge Karas:

    The Government writes to respectfully request that the status conference currently scheduled for May 6, 2022, in the above-referenced Violation of Supervised Release matter be adjourned to June 16, 2022, at 10:30 a.m., and be held jointly with the status conference currently scheduled at that time in the related criminal proceeding, *United States v. Adrian Bradshaw*, 22 Cr. 217 (KMK). Defense counsel has no objection to this request.

Granted.

So Ordered.

[signature]
4/27/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/ Qais Ghafary
        Qais Ghafary
        Assistant United States Attorney
        Tel: (914) 993-1930

Cc: Stephen Lewis, Esq. (via ECF)