UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Adrian Bradshaw,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 22 CR 00217 (KMK)
18 CR 00077

KARAS, U.S. DISTRICT JUDGE:

Samuel M. Braverman, Esq., is to assume representation of the defendant in the above captioned matter as of August 4, 2022. Mr. Braverman is appointed pursuant to the Criminal Justice Act. His address is Fasulo Braverman & Di Maggio, LLP, 225 Broadway, Suite 715 New York, NY 10007; phone number 212-566-6213; Email: sbraverman@fbdmlaw.com Stephen Lewis is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       August 9, 2022